AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

MJ # 2005 M 0455 RBC-03

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

_____   _____
Date                     Signature

                         _____
                         Print Name        Bar Number

                         _____
                         Address

                         _____
                         City      State      Zip Code

                         _____
                         Phone Number      Fax Number